10

UNITED STATES DISTRICT COURT § SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED
MAY 2 7 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

Agapito "A.R." Rodriguez, Jr. §
§
versus §
§
San Benito Bank & Trust Co., §
Et. Al. §

CIVIL ACTION B-99-028
JURY

## Scheduling Order

1. Trial: Estimated time to try: __8__ days.   ☐ Bench  ☑ Jury

2. New parties must be joined by:   Oct. 1, 1999

   Furnish a copy of this scheduling order to new parties.

3. The plaintiff's experts will be named with a report furnished by:   Nov. 5, 1999

4. The defendant's experts must be named with a report furnished
   within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by:   February 4, 2000

   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.
   No continuance will be granted because of information acquired in post-deadline discovery.

6. Motions will be filed by:   March 3, 2000

*************************************************************************

7. Joint pretrial order is due:   April 16, 2000

   The plaintiff is responsible for filing the pretrial order on time.

8. Docket Call and final pretrial conference is set for 1:30 p.m. on:   May 4, 2000

   The case will remain on standby until tried.

9. Jury Selection:   May 9, 2000

Signed __May 20__, 199_9_, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge