United States District Court
Southern District of Texas
ENTERED
MAY 27 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

Rodriguez §
§
versus §    CIVIL ACTION B-99-20
§
San Benito Bank, et al §

## Order Setting Conference

1. A status conference will be held on:

   _____8-18_____, 1999

   at __10:00__ A.m.

   Courtroom, Fourth Floor
   United States Courthouse
   500 Easts Tenth Street
   Brownsville, Texas 78521.

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Each party shall appear <u>in person</u> by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. <u>See</u> Fed. R. Civ. P. 16.

Signed ____May 26th____, 1999, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge