United States District Court
Southern District of Texas
ENTERED

JUL 2 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

Rodriguez §
versus §
 §     CIVIL ACTION B-99-20
San Benito Bank §
 §

## Order Setting Conference

1. A status conference will be held on:

   __09-23__, 1999

   at __9:00__ A.m.

   Courtroom, Third Floor
   United States Courthouse
   600 East Harrison Street, #306
   Brownsville, Texas 78520.

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Each party shall appear <u>in person</u> by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. See Fed. R. Civ. P. 16.

Signed __July 19th__, 1999, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge