*13*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 0 6 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| Agapito "A.R." Rodriguez, Jr., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-99-20 |
| San Benito Bank & Trust Co., et al, | § § § | |
| Defendants. | § | |

ORDER

BE IT REMEMBERED that on October 1, 1999, the Court, having been advised that a settlement has been reached dismisses this case with prejudice.

The Court retains jurisdiction to enforce the settlement.

Done at Brownsville, Texas, this ____5____ day of October 1999.

_____
Hilda G. Tagle
United States District Judge